

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00158-CV

NURSEFINDERS, INC., D/B/A NURSEFINDERS
OF FORT WORTH AND NURSEFINDERS, LLC,

Appellants

v.

TEXAS HEALTH RESOURCES AND TEXAS
HEALTH HARRIS METHODIST HOSPITAL
CLEBURNE,

Appellees

From the 249th District Court
Johnson County, Texas
Trial Court No. C201300420

## MEMORANDUM OPINION

Appellants Nursefinders, Inc., d/b/a Nursefinders of Fort Worth and Nursefinders, LLC appealed the trial court's final summary judgment. They now file an "Unopposed Motion for Voluntary Dismissal" of their appeal, citing that the parties have reached a confidential resolution of the controversy.

Notwithstanding the title of the motion, the parties actually do not want the appeal dismissed, but rather want to be returned to the trial court so that the trial court can implement the agreed disposition of the entire case. The motion is granted in part. Accordingly, pursuant to the unopposed motion, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Further, pursuant to the parties' agreement, we will expedite the issuance of the mandate which will issue seven days from the date of the Court's opinion and judgment unless a motion for rehearing is received within those seven days.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted in part
Judgment set aside and remanded
Opinion delivered and filed September 17, 2015
[CV06]

